UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Christiansen,

Plaintiff,

vs.

Steven Nelson Trucking, Inc.,

Defendant.

**PLAINTIFF'S EXPERT WITNESS
DISCLOSURE & REPORT OF
DAVID C. BENSON M.D.**

Court File No. 13-cv-2666 (RHK/LIB)

## DISCLOSURE

1. Identification of Expert:

Dr. David C. Benson
St. Joseph's Area Health Services
705 Pleasant Avenue
Park Rapids, MN 56470

2. Subject Matter on Which Expert is Expected To Testify:

Dr. Benson is the Plaintiff's primary physician. The subject matters upon which Dr. Benson will testify are his own qualifications and experience as well as the health, medical condition, injuries, symptoms, treatment, medication, diagnosis, prognosis, physical limitations/disability and work restrictions of the Plaintiff. Dr. Benson will also testify to his examination of the Plaintiff and the Plaintiff's medical records following the September 7, 2010 crush injury.

## REPORT

1. The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years:

Dr. Benson is a 1995 graduate of the University of Minnesota Medical School. Dr. Benson completed his residency in Sioux Falls, South Dakota. Dr. Benson's specialty is Family Medicine. Dr. Benson has been board certified in the area of Family Practice since 1998 and has treated thousands of patients since that time. Dr. Benson practices medicine in Park Rapids, Minnesota at St. Joseph's Area

1

Health Services. Dr. Benson has not drafted any publications within the preceding 10 years.

2. The compensation to be paid for the study and testimony:

   Dr. Benson bills at the rate of $466.00 per hour for his professional services and for any services associated with acting in the capacity of an expert witness.

   When Dr. Benson meets with a patient, such as Plaintiff, the visit is billed separately, and in addition to the $466.00 per hour.

3. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years:

   None.

4. A complete statement of all opinions to be expressed and the basis and reasons therefore:

   A. *Plaintiff's recent complaints, recent objective clinical findings and recent diagnosis*:  Complaints: The Plaintiff most recently complained of severe pain with spasms in the lower back, with the left side being worse than the right side. Findings: The Plaintiff experienced severe pain in the paraspinal muscles with moderate spasm in said muscles. The Plaintiff had a negative straight leg raise bilaterally. Diagnosis: The Plaintiff suffers from chronic low back pain stemming from the September 7, 2010 crush injury. The basis and reason for Dr. Benson's opinions stem from Dr. Benson's examination and treatment of Plaintiff, the Plaintiff's subjective complaints, Dr. Benson's knowledge of the 9/7/10 incident, and the Plaintiff's medical history. *See* Plaintiff's 6/19/2014 Records.

   B. *Prognosis*:  The Plaintiff's lower back problems would be considered permanent at this time. The basis and reasons for Dr. Benson's opinions stem from the Plaintiff's treatment history, Dr. Benson's examination and treatment of the Plaintiff, the severity of the injury, and the failure of the injury to heal following medical intervention.

   C. *Future Treatment Contemplated*: The Plaintiff's future treatment would consist of the Plaintiff using medication. The Plaintiff has undergone physical therapy and injections and these modes of treatment were not helpful.

Further treatment with these modes of treatment are not recommended. The Plaintiff saw a back surgeon and it was determined that he is not a surgical candidate. Plaintiff will likely incur future medical costs for medication, doctor visits and possibly specialty care, but that is difficult to determine at this point. The basis and reasons for Dr. Benson's opinions stem from Dr. Benson's treatment of the Plaintiff, the Plaintiff's response to treatment, the Plaintiff's unsuccessful results with different modes of treatment, and the records and opinions of those who have examined or treated Plaintiff.

D. *Disability:* It is Dr. Benson's opinion that the Plaintiff was disabled from the crush injury as of Dr. Benson's visit with the Plaintiff on 3/13/2013. Dr. Benson feels that Plaintiff will continue to be disabled permanently. As such, Dr. Benson issued a work restriction for the Plaintiff from 3/13/2013 through "forever." *See* Work Injury Report Non North Dakota Injury attached and dated 3/13/2013. The basis and reasons for Dr. Benson's opinions stem from his treatment and examination of the patient, the severity of the injury, the pain the Plaintiff suffers from, the Plaintiff's medical records and the failure of the injury to heal.

E. *Dynamics and Effect of Crush Injury*: Dr. Benson will testify as to the dynamics of a crush injury and how in his opinion the crush injury has affected the Plaintiff and his medical condition. The basis and reasons for Dr. Benson's opinions stem from Dr. Benson's medical knowledge, training and experience with crush injuries and from Dr. Benson's examination and treatment of the Plaintiff.

F. Medical *Records:* It is Dr. Benson's opinion that Plaintiff's medical records reflect the Plaintiff's history of treatment, the medical condition of the Plaintiff, the different modes of treatment utilized and their success or failure, as well as the findings, opinions and diagnosis by individuals providing services to the Plaintiff through their treatment of the Plaintiff. Any information or opinion not specifically set forth herein, can also be found in the Plaintiff's medical records. The basis and reasons for Dr. Benson's opinions stem from him dictating and maintaining such records and relying upon said records relative to the treatment of the Plaintiff.

G. *Medical History and Treatment of Plaintiff, Complaints of Patient, Medications and Results of Treatment*: Dr. Benson will share his opinions relative to the medical history of the Plaintiff, the complaints of the patient, medications used by the Plaintiff, the treatment of the Plaintiff and the results

3

of that treatment as set forth in the Plaintiff's medical records. The basis and reasons for Dr. Benson's opinions stem from the Plaintiff's medical records, Dr. Benson's treatment and examination of the Plaintiff, as well conversations with the Plaintiff relative to his complaints concerning his condition, including but not limited to, the following observations found in Plaintiff's medical records:

i.      The cause of the Plaintiff's injury was a "crush injury at work" and the diagnosis for said injury was "crush injury to legs + tailbone." *See* 9/10/2010 Innovis Health Work Injury Report.

ii.     "He had a forklift carrying 2000 pounds of beams (*sic*) crush him between that and a semi. Both legs. Right side worse than left." "The patient is quite stiff. He has a large hematoma on both sides of the legs. Right side worse than left. He has a cut with a crease." "Some contusions with some minor soft tissue swelling over the sacral area." Put on muscle relaxant and pain medications (Flexeril & Vicodin). *See* 9/10/2010 Report.

iii.    "Comes in today to check his back and leg pain." "Right posterior just above the knee is still swollen and painful." "His back however down in the sacral area has been bothering him more. Sometimes radiating up a little bit higher. Was wondering about seeing a chiropractor." "He does walk with a limp when bearing weight on right side." "He does have some discomfort with palpation of his paraspinal muscles and spinous process over the lumbar spine extending down in to the sacrum but otherwise no deformity was identified." "Back pain and leg pain from crush injury. Told him that it is just going to take him time for this to improve." Gave 40 more Vicodin. *See* 9/29/2010 Report. Was given Hydrocodone APAP. *See* 9/29/2010 Innovis Health Work Injury Report.

iv.     "Comes in today to recheck his back pain. It has been giving him a lot of pain." "He is having a lot of muscle spasm and discomfort in the paraspinal muscles, left side worse than right. Having a lot of numbness down the right leg. Tightness in his calf and hamstring. He is having numbness in that leg also." "He did have the crush injury back in

September but just has not been improving as expected." "Does walk
with a limp when bearing weight on the right side. "Just subjectively
had numbness in his calf and posterior upper leg with some discomfort
and a knot behind the knee. He did have muscle spasm in both sides of
his lumbar spine. Worse on the left side with quite a bit of discomfort
with palpation." "Chronic lumbar pain with right leg pain and
numbness." "We will see if we can get him approved for some physical
therapy. If this does not help, I would recommend doing an MRI. I did
give him #100 of his hydrocodone. He has had no choice and has been
having to work without restrictions. We will continue this." *See*
11/17/2010 Report. "Cause of injury: Crush injury at work," "Treatment
Plan & Medication: Pt if able Hydrocodone," "Diagnosis: Low back pain
& right leg pain & numbness." *See* 11/17/2010 Innovis Health Work
Injury Report.

v.    "Diagnosis: Chronic lumbar pain." *See* Rehab Services Referral of
      11/24/10.

vi.   "Ongoing lower back pain. Hurts worse on the left side. He has
      radicular symptoms down his right leg. He did go through physical
      therapy when he was there and had the electrical stimulation unit on.
      It did feel better but when he would leave it would come right back
      with the same intensity He has been taking hydrocodone. It has been
      working but it has been very painful for him to do this. He continues to
      complain of the regular numbness, pain and weakness down his right
      leg." "The patient does have a lot of pain getting up from a seated
      position. Does have muscle spasm and discomfort in the paraspinal
      muscles on both sides. Left side worse than right but positive for
      straight leg raise on right side. Ongoing lower back pain. Right leg
      radicular symptoms. Failed physical therapy. We will try to get him
      approved for an MRI of his lumbroasacral spine to evaluate and rule
      out disk herniation." *See* 2/7/2011 Record, "Treatment Plan &
      Medication: Vicodin MRI if able." "Diagnosis: Lower back pain with
      right leg pain." *See* 2/7/ 2011 Innovis Health Work Injury Report.

vii.    "Diagnosis: Chronic Low back pain" *See* 2/25/2011 Radiology, Lab, EEG
        Procedure Request.

viii.   "Cause of Injury: Crush injury to low back and both legs." "Diagnosis:
        Chronic low back & leg pain numbness weakness left arm & hand."
        "Unable to work: From: Present Through: Forever." *See* 3/13/2013
        Essentia Health Work Injury Report.

ix.     "...Re check his chronic low back pain." "He had a crush injury to his
        lower back, tailbone region and both legs. Since that time he has been
        having severe pain in his lower back, worse on the left side, although
        present bilaterally. He does state that because of the pain in his back,
        he does have pain in his legs but it really does not sound radicular. It
        starts getting achy and it is difficult for him to walk or stand. He denies
        any numbness in his legs. He did have the MRI which was abnormal. He
        did see orthopedic surgery (*sic*), and he underwent physical therapy,
        which did not help. He underwent back injections, which did not help
        and did not do any further. They did not feel he was a surgical
        candidate. He did go see a chronic pain specialist in Fargo who start
        (*sic*) him on Celebrex and the Norflex, which has provided some help,
        but nothing significant as far as long term, because he states that the
        medicine only lasts for about 4 hours and then will get the pain back. I
        did recommend the last time I saw him, a little over a year ago, that he
        not work anymore. He worked as a farm laborer. He ended up finally
        quitting on February 21. He does report, constant back pain with
        severe spasms. He states he has developed body tremor and he really
        has not been able to do much of anything at this point." "Ambulation-
        he does walk with a limp when bearing weight on the left side. He has
        no pain or deformity in his thoracic spine, but getting down into the
        lumbar spine had severe pain with palpation over the paraspinal
        muscles with some moderate muscle spasm, left side worse than right,
        but present bilaterally. He had negative straight leg raise bilaterally."
        "Assessment: Chronic low back pain with crush injury 2010. Due to the
        length of time he has had this, doubt significant improvement in the
        future would be expected. He already did see a back surgeon who did

not feel he was a surgical candidate. Would anticipate that his injuries are permanent at this point." "I do feel that he will be unable to work and will likely not be able to work in the future. We will have him continue with his current medications, although I do not know how much they are actually helping him." *See* 6.19.14 Report.

H. *Referrals:* Dr. Benson will testify to any referrals that he made for the patient, the reasons for doing so, and the results of those referrals. The basis and reasons for Dr. Benson's opinions relative to referrals of the Plaintiff are based upon Dr. Benson's treatment and examination of the Plaintiff and the Plaintiffs need for examination by other professionals.

I. *Independent Medical Exam (IME):* At this time, Dr. Benson has not been provided with a copy of the IME done on the Plaintiff. However, Dr. Benson may offer opinions as to the results and findings of the IME when known. The basis and reasons for Dr. Benson's opinions would stem from his knowledge of the Plaintiff's medical condition and his own medical knowledge as a practicing physician.

5. The data or other information considered by the witness in forming the opinions: The medical records file of the Plaintiff, including the medical records prepared by Dr. Benson. Information obtained from the patient during appointments with patient.

6. Any exhibits to be used as a summary of or support for the opinions: The medical records file of the Plaintiff, including the medical records prepared by Dr. Benson. Potentially, a model or graph to explain the dynamics of a crush injury and the effect on the back/legs.

Dated: 7/1/2014                                    Respectfully Submitted:

                                                   David C. Benson, M.D.

7

MEDICAL RECORDS

Essentia Health System                                    Encounter Date: 06/19/2014

**Daniel J Christiansen**              Description: 47 year old male
6/19/2014 11:45 AM   Office Visit      Provider: David Benson, MD
MRN: 3797006                           Department: Prc Family Medicine

**Reason for Visit**

Worker's Compensation                  Recheck, DOI 9-7-10.

**Progress Notes**

David Benson, MD at 6/19/2014 1:10 PM
    Status:    Signed

    This note has been dictated.

David Benson, MD at 6/19/2014 1:33 PM
    Status:    Signed

### ESSENTIA HEALTH

    Patient Name: CHRISTIANSEN, DANIEL J
    Date of Service:  06/19/2014        DOB: 08/13/1966 Age: 47Y    Sex:
    M
    MRN: 3797006
    Patient Loc/Room #: FAPRC FM/
    Provider: David Benson, MD, Family Practice

### OFFICE NOTE

    SITE:  Essentia Health Park Rapids Clinic

    SUBJECTIVE:  47-year-old comes in today to recheck his chronic low
    back pain that was injured, work comp injury on September 7, 2010
    where he had a crush injury to his lower back, tailbone region and
    both legs. Since that time he has been having severe pain in his lower
    back, worse on the left side, although present bilaterally. He does
    state that because of pain in his back, he does have pain in his legs
    but it really does not sound radicular. It starts getting achy and it
    is difficult for him to walk or stand. He denies any numbness in his
    legs. He did have the MRI which was abnormal. He did see orthopedic
    surgery, and he underwent physical therapy, which did not help. He
    underwent back injections, which did not help and did not do any
    further. They did not feel he was a surgical candidate. He did go see
    a chronic pain specialist in Fargo who start him on Celebrex and the
    Norflex, which has provided some help, but really nothing significant
    as far as long term, because he states that the medicine only lasts
    for about 4 hours and then will get the pain back. I did recommend the
    last time I saw him, a little over a year ago, that he not work
    anymore. He worked as a farm laborer. He ended up finally quitting on
    February 21. He does report, constant back pain with severe spasms. He
    states he has developed body tremor and he really has not been able to
    do much of anything at this point.

    OBJECTIVE: Blood pressure 128/88, pulse 88, weight 204 pounds. Height
    6'4." Ambulation - he does walk with a limp when bearing weight on the
    left side. He has no pain or deformity in his thoracic spine, but
    getting  down into the lumbar spine had severe pain with palpation

Essentia Health System                                    Encounter Date: 06/19/2014

over the paraspinal muscles with some moderate muscle spasm, left side
worse than right, but present bilaterally. He had negative straight
leg raise bilaterally.

ASSESSMENT: Chronic low back pain with crush injury 2010. Due to the
length of time he has had this, doubt significant improvement in the
future would be expected. He already did see a back surgeon who did
not feel he was a surgical candidate. Would anticipate that his
injuries are permanent at this point. It sounds like his case may be
going to trial and his lawyer needed some paperwork filled out by me,
which we will take care of. I do feel that he will be unable to work
and will likely not be able to work in the future. We will have him
continue with his current medications, although I do not know how much
they are actually helping him.

David Benson, MD
Essentia Health Park Rapids Clinic
Family Practice

cc:

D:   06/19/2014 12:10:27/DB    Job ID: 662164/3160690
T:   06/19/2014 13:23:00/sep   Document ID: 2967597

## Consult Notes
No notes of this type exist for this encounter.

## Visit Diagnoses and Associated Orders
**Low back pain    - Primary**
ICD-9-CM:
724.2
ICD-10-CM:
M54.5

**Other chronic pain**
ICD-9-CM:
338.29
ICD-10-CM:
G89.29

## Medications the Patient Reported Taking
orphenadrine SR (NORFLEX) 100 MG 12 hour tablet (Taking)
CELEBREX 200 MG capsule (Taking)

## Medications Discontinued or Refilled During This Encounter

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| HYDROcodone-acetaminophen (NORCO) 5-325 MG per tablet | 100 Tab | 0 | 11/29/2011 | 6/19/2014 |

Sig: Take 1-2 Tabs by mouth every six hours as needed for Pain.
Class: Print

Christiansen, Daniel J (MR # 3797006) Printed by [34421] at 6/19/14 3:06 PM          Page 2 of 4

Essentia Health System                                    Encounter Date: 06/19/2014

Route: Oral
Reason for Discontinue: **Patient quit taking**

**Visit Pharmacy**
SEIP DRUG #9 - MENAHGA, MN - 24 ASPEN AVE.

**Level of Service**
NO LOS CHARGE [103]

LOS History Recorded

**Questionnaire**
PHOENIX PRE-VISIT QUESTIONNAIRE

| Question | Answer |
|----------|--------|

**Patient Instructions**
Thank you for choosing Essentia Health for your health care needs.

Here are a few suggestions that will help us in assuring your health care needs are met during your next visit:

- Please arrive 20 minutes before your appointment so that we can complete your registration and collect any other necessary information.

- Bring your medication bottles and an updated medication list with you for your visit.

Remember to always stop at the checkout desk at the end of your visit to schedule your next appointment and to pick up your After Visit Summary which will contain your updated medication list.

**Vitals - Last Recorded**

| BP | Pulse | Wt | BMI |
|----|-------|-----|-----|
| 128/88 | 88 | 92.534 kg (204 lb) | 24.84 kg/m2 |

**BMI Data**

| Body Mass Index | Body Surface Area |
|-----------------|-------------------|
| 24.84 kg/m$^2$ | 2.23 m$^2$ |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|-------|----------|----------|------|
| Nine | Back | | |

Reviewed On: 6/19/2014 By: David Benson, MD

**Allergies as of 6/19/2014**

| Allergen | Noted | Type | Reactions |
|----------|-------|------|-----------|
| No Known Drug Allergy | | | |

**Immunizations as of 6/19/2014**                           Never Reviewed
No immunizations on file.

**Patient Information**

| Name | Sex | Birthdate |
|------|-----|-----------|
| Christiansen, Daniel J (3797006) | Male | 8/13/1966 (47 year old) |

**Patient Demographics**

Essentia Health System                                    Encounter Date: 06/19/2014

| Address | | Phone | | |
| 231 2nd St NW | | 218-252-1296 (Home) | | |
| MENAHGA MN 56464 | | 218-252-1296 (Mobile) | | |

**Contact Information**

| Name | Relation | Home | Work | Mobile |
|---|---|---|---|---|
| Christiansen, Cheryl | Ex-Spouse | 218-252-1296 | | 218-252-1298 |

**Routing History**

None

| AVS Print Time | | Printed By | | |
| Thu Jun 19, 2014 12:07 PM CDT | | DJ | | |

**Contact Information**

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/19/2014 11:45 AM | David Benson | PARK RAPIDS FAMILY MEDICINE | 1026541202 | PARK RAPIDS |

**Admission Information - Hospital Account/Patient Record**

| Arrival | Admit | IP Adm. |
|---|---|---|
| Date/Time: | Date/Time: | Date/Time: |
| Admission Type: | Point of Origin: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

**All Flowsheet Templates (all recorded)**

Rooming Form Flowsheet
Encounter Vitals Flowsheet
Custom Formula Data Flowsheet

 **Essentia Health**

## WORK INJURY REPORT
## NON NORTH DAKOTA INJURY

EMPLOYEE NAME: Daniel J. Christiansen
EMPLOYEE DOB: 9-13-1966
EMPLOYEE ADDRESS: 231 2nd st, NW Menahga
EMPLOYEE PHONE: (218) 252-1296
EMPLOYER: Bolton Farms
EMPLOYER CONTACT: Dennis & Eileen Bolton

CLINIC MEDICAL RECORD NUMBER
SSN: 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
JOB DESC: Farm laborer
INJURY: Crush Injury to Both legs & Tailbone
DATE & TIME OF INJURY: 9-7-2010
CLAIM #: 018-0002616-2010
PAYER:
PHONE:                    FAX:

**AUTHORIZATION TO RELEASE INFORMATION**

I HEREBY AUTHORIZE MY MEDICAL PROVIDER TO RELEASE TO MY EMPLOYER OR EMPLOYER REPRESENTATIVE, ANY AND/OR ALL MEDICAL RECORDS.

PATIENT SIGNATURE: David J Christiansen          DATE: 3-13-13

PHYSICIAN: Strafsy Benson          CLINIC SITE: Park Rapids
DATE TREATED: 3/13/13          ( ) INITIAL  (X) FOLLOW-UP APPOINTMENT
CAUSE OF INJURY: crush injury to low back & both legs

TREATMENT PLAN & MEDICATION

DIAGNOSIS/ICD-9: chronic low back & leg pain
numbness weakness left arm & hand

DRUG & ALCOHOL SCREENING DONE          ( ) NO    ( ) YES    DATE COMPLETED:
REFERRAL MADE?  ( ) NO    ( ) YES
                                        DR.
MAXIMUM MEDICAL IMPROVEMENT REACHED?    ( ) NO    ( ) YES  PPD RATING (IF APPLICABLE):
MAY RETURN TO WORK WITH NO RESTRICTIONS:    ( ) NO    ( ) YES DATE:
UNABLE TO WORK:          FROM: present    THROUGH: forever
MAY RETURN TO WORK WITH RESTRICTIONS:    FROM:          THROUGH:
ESTIMATED DATE OF FULL RELEASE TO WORK:

### RESTRICTIONS (IF APPLICABLE)

| PATIENT CAN: | NONE | 1-2 HRS | 2-4 HRS | 4-6 HRS | 6-8 HRS |
|---|---|---|---|---|---|
| Lift & carry up to: _____ lbs | | | | | |
| Push/pull | | | | | |
| Bend/twist | | | | | |
| Climb | | | | | |
| Reach above shoulder | | | | | |
| Sit | | | | | |
| Squat/Kneel | | | | | |
| Use of hands dexterously | | | | | |
| Other restrictions | | | | | |

FOLLOW-UP APPOINTMENT WITH DR.          ON
PHYSICIAN SIGNATURE          LICENSE #:          DATE: 3/13/13
427043 - 1/11                    OCCUPATIONAL HEALTH COPY

EMPLOYEE TO COMPLETE

PHYSICIAN TO COMPLETE

CATHOLIC HEALTH
INITIATIVES
St. Joseph's Area Health Services
820 Pleasant Ave, Park Rapids, MN 56470
Phone: (218) 732-3211  Fax (218) 732-1464

Clinic # 60031

14779579

**RADIOLOGY, LAB, EEG**
**PROCEDURE REQUEST**

PATIENT NAME: Daniel Christiansen
MREC #: _____
Birthdate: 8-13-66  Sex: X M  F
Telephone: 564-4527
Physician: Benson
Date/time to be Done: 3/2/11  600
Call Results:  Yes  No To: ___ Ext: ___

Social Security #: _____
Medicare/Medicaid #: _____
Insurance Information: WC-Approved
Address: see att'd

Fasting: ___ Yes ___ No
ICD-9 Diagnosis (symptoms/clinical reason): or
CPT Code

_____

Chronic low back pain

**PHYSICIAN ICD-9 DIAGNOSIS REQUIREMENT NOTICE**
When ordering tests, please be informed that the physician (or other authorized individual) is required to make an independent medical necessity decision with regard to each test the laboratory will bill. Additionally, the physician (or other authorized individual) understands he or she is required to (1) submit ICD-9 diagnosis information, supported by the patient's medical record, as documentation to the medical necessity of the tests ordered or (2) explain and have the patient sign an Advance Beneficiary Notice/Waiver Statement.

M000204070 03/02/11 DI     44
CHRISTIANSEN,DANIEL     08/13/66
231 2ND ST NW
MENAHGA     MN 56464 D000000645363
BENSON MD,DAVID/BENSON MD,DAVID

**************************************** **MEDICARE'S MEDICAL N**....... *****

Medicare and some insurance companies will only pay for se....... necessary". If the service(s) listed below is determined to be ........... and or terms of your patient's insurance policy, they will deny payment for that service. Medicare usually does not pay for: •Tests ordered without a specific diagnosis • Routine screening tests • Tests ordered at an unusual frequency • Experimental Tests

**X-RAY PROCEDURE**
PROCEDURE: L-Spine MRI
_____
_____

Creatinine: _____
Clinic ___ Yes ___ No Hospital ___ Yes ___ No
If yes, result: _____
Pregnancy: Pt. States ___ Yes ___ No
Claustrophobic: ___ Yes ✓ No
Allergies: ___ Yes ___ No Diabetic: ___ Yes ✓ No
If yes, describe: _____
Previous Films:
CT: _____  Mammo: _____
MRI: _____
OTHER: Call Lspin TAL

**LABORATORY**
REQUEST/TEST(S) ORDERED: _____
_____
_____

Pertinent Medications/Time Given: _____
_____

EEG: MUST HAVE DIAGNOSIS AND
SYMPTOMS GIVEN TO SCHEDULE AN EEG.
Sleep Deprived: ___ Yes ___ No

I have reviewed the patient's current medications. See attached Medication List.

_____ 2/5/11
Authorized Signature          Date

****************************************************************
(Return to H.L.C.) This Section to be Completed by the Physician for H.L.C.

Patient M000204070 03/02/11 DI     44
CHRISTIANSEN,DANIEL     08/13/66
New Or 231 2ND ST NW
MENAHGA     MN 56464 D000000645363
BENSON MD,DAVID/BENSON MD,DAVID

LAFORMS\V
12/14/07

Progress Report: M000204070

146320.001JRM

02/09/2011  :05 FAX 2187322857          INNOVIS HEALTH                    ☑002

# Innovis Health

## WORK INJURY REPORT
## NON NORTH DAKOTA INJURY

EMPLOYEE NAME: _Daniel J. Christianson_          CLINIC MEDICAL RECORD NUMBER

EMPLOYEE DOB: _8-13-1966_          SSN: _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_

EMPLOYEE ADDRESS: _231 2nd St NW_          JOB DESC: _Farm Laborer_

_Menahga MN 56464_          INJURY: _Crush Injury to legs & tailbone_

EMPLOYEE PHONE: _(218) 564-4527 cell_  _(218)252-1296_          DATE & TIME OF INJURY: _9-7-2010_

EMPLOYER: _Bolton Farms_          CLAIM #: _018-0002616-2010_

EMPLOYER CONTACT: _Dennis & Eileen Bolton_          PAYER:

PHONE:          FAX:

### AUTHORIZATION TO RELEASE INFORMATION

I HEREBY AUTHORIZE MY MEDICAL PROVIDER TO RELEASE TO MY EMPLOYER OR EMPLOYER REPRESENTATIVE, ANY AND/OR ALL MEDICAL RECORDS.

PATIENT SIGNATURE: _____          DATE: _____

PHYSICIAN: _Benson_          CLINIC SITE: _Park Rapids_

DATE TREATED: _2/7/11_          ( ) INITIAL  (X) FOLLOW-UP APPOINTMENT

CAUSE OF INJURY: _Same_

TREATMENT PLAN & MEDICATION  _Vicodin_  _MRI if able_

DIAGNOSIS/ICD-9: _lower back pain with -shin leg pain_

DRUG & ALCOHOL SCREENING DONE          ( ) NO    ( ) YES    DATE COMPLETED: _____

REFERRAL MADE? ( ) NO    ( ) YES

DR. _____

MAXIMUM MEDICAL IMPROVEMENT REACHED?          ( ) NO  ( ) YES  PPD RATING (IF APPLICABLE): _____

MAY RETURN TO WORK WITH NO RESTRICTIONS:          ( ) NO  (X) YES DATE: _2/7/11_

UNABLE TO WORK:          FROM: _____          THROUGH: _____

MAY RETURN TO WORK WITH RESTRICTIONS:          FROM: _____          THROUGH: _____

ESTIMATED DATE OF FULL RELEASE TO WORK: _____

### RESTRICTIONS (IF APPLICABLE)

| PATIENT CAN: | NONE | 1-2 HRS | 2-4 HRS | 4-6 HRS | 6-8 HRS |
|---|---|---|---|---|---|
| Lift & carry up to: ___ lbs | | | | | |
| Push/pull | | | | | |
| Bend/twist | | | | | |
| Climb | | | | | |
| Reach above shoulder | | | | | |
| Sit | | | | | |
| Squat/Kneel | | | | | |
| Use of hands dexterously | | | | | |
| Other restrictions | | | | | |

FOLLOW-UP APPOINTMENT WITH DR. _____ ON _____

PHYSICIAN SIGNATURE _____          LICENSE #: _____          DATE: _2/7/11_

427043 - 07/10

OCCUPATIONAL HEALTH COPY

Family Practice Prog                                    CHRISTIANSEN, DANIEL J - 1677579

* Final Report *

Result Type:Family Practice Prog
Result Date:February 07, 2011 12:00 AM
Result Status:Auth (Verified)
Performed By:Benson, David C on February 07, 2011 12:00 AM
Verified By:Benson, David C on February 09, 2011 2:22 PM
Encounter Info:19258877/PR60031, Park Rapids, Clinical, 02/07/2011 - 02/10/2011

## * Final Report *

DOB:  08.13.1966
DOS:  02.07.2011
S:      He is a 44-year-old who has ongoing lower back pain. Hurts worse on the left side. He has radicular
        symptoms down his right leg. He did go through physical therapy when he was there and had the
        electrical stimulation unit on. It did feel better but when he would leave it would come right back with
        the same intensity. He has been taking the hydrocodone. It has been working but it has been very
        painful for him to do this. He continues to complain of the regular numbness, pain and weakness down
        his right leg.
O:      Pulse 84. Blood pressure 120/76. Weight 195 pounds. The patient does have a lot of pain getting up
        from a seated position. Does have muscle spasm and discomfort in the paraspinal muscles on both
        sides. Left side worse than right but positive straight leg raise on the right side.
A/P:    Ongoing lower back pain.  Right leg radicular symptoms.  Failed physical therapy.  We will try and get
        him approved for an MRI of his lumbosacral spine to evaluate and rule out disk herniation.


**Signature Line**
[Electronically Signed On: 02/09/11 02:22 pm]

_____
Benson, David C, MD

D: 02/07/11      T: 02/09/11

DCB/LB


**Completed Action List:**



11/24/2010 11:40 FAX  2187322873          innovis health 2nd fl N                    ☐0001/0001

*Called no answer left Msg. 11-29-10 @ 1:48 pm*

CATHOLIC HEALTH INITIATIVES

**NAME:** *Daniel J. Christensen*
**BIRTHDATE:** *8-13-1966*
**PHONE NUMBER:** *218-564-4527*

St. Joseph's Area Health Services
600 Pleasant Ave
**Park Rapids MN**
Phone:   218-237-5498
          800-556-3311
Fax:      218-237-5702

*Appt. c̄ Mandy 12-13-10 @ 10:00 am*   (WC)          *252-1296*

# REHAB SERVICES REFERRAL

Center for Physical Rehabilitation
110A Michigan Ave West   PO66

**Walker  MN**          ☒ **PT**      ☐ **OT**      ☐ **SLP**
Phone:   218-547-7650
Fax:      218-547-7655

Diagnosis:  *chronic lumbar pain*
Surgical Procedures: _____
Precautions: _____

**Treatment Plan:**
☒ Evaluate & Treat      ☐ Continue Program      ☐ Home Program

**Treatment Protocols:**
| | | | |
|---|---|---|---|
| ☐ Low Back | ☐ Elbow/Forearm | ☐ Knee | ☐ Speech/Language/Swallowing |
| ☐ Neck | ☐ Hand | ☐ Ankle | ☐ Bladder Health |
| ☐ Shoulder | ☐ Hip | ☐ Fibromyalgia | ☐ Manual Lymph Drainage |

**Modalities**
☐ Hot/Cold Packs
☐ Ultrasound
☐ Iontophoresis w/ Dexamethasone
☐ Phonophoresis w/ Hydrocortisone
☐ Massage/Manual Techniques
☐ Electrical Stimulation

☐ TENS
☐ Whirlpool
☐ Traction *Cervical *Lumbar
☐ Jobst Compression

**Exercise**
☐ Strengthening(specify) _____
☐ ROM (specify) _____
☐ Stretching/Flexibility (specify)
☐ Power, Endurance, Agility
☐ Posture
☐ Stroke Rehab

☐ Gait Training
☐ Crutches
☐ Cane
☐ Walker

☐ Non Wt. Bearing
☐ Partial Wt. Bearing
☐ Wt. Bearing as tolerated

☐ Functional Bracing
☐ Orthotics

Other: _____

Frequency:   ☐ Daily   ☐ 3x/wk.   ☐ Other _____
Duration:    ☐ 2 weeks   ☐ 4 weeks   ☐ Other _____
MD Recheck Date: _____
MD Signature _____  DATE OF REFERRAL *11/24/10*
                              SENT _____

Dedicated to the Health of Our Communities

11/23/2010 10:17 FAX 2187322857          INNOVIS HEALTH                                    ☑002

# Innovis Health

## INNOVIS HEALTH WORK INJURY REPORT

EMPLOYEE NAME: _Daniel J. Christiansen_     CLINIC MEDICAL RECORD NUMBER
EMPLOYEE DOB: _8-13-1966_     SSN: _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_
EMPLOYEE ADDRESS: _231 262 St N W_     JOB DESC: _Farm Laborer_
   _Menahga MN 56464_     INJURY: _Crush to legs & Tail bone_
EMPLOYEE PHONE: _218 564-4527_     DATE & TIME OF INJURY: _9-7-10   9:15 am_
EMPLOYER: _Bolton Farms_     CLAIM #: _018-0002616-2010_
EMPLOYER CONTACT: _Dennis & Eileen Bolton_     PAYER: _Auto Owners Ins._
   PHONE:          FAX:

### AUTHORIZATION TO RELEASE INFORMATION
I HEREBY AUTHORIZE MY MEDICAL PROVIDER TO RELEASE TO MY EMPLOYER OR EMPLOYER REPRESENTATIVE, ANY AND/OR ALL MEDICAL RECORDS.

PATIENT SIGNATURE: _Daniel J Christiansen_          DATE: _11-17-10_

PHYSICIAN: _Benson_          CLINIC SITE: _Park Rapids_

DATE TREATED: _11/17/10_          ( ) INITIAL ☒ FOLLOW-UP APPOINTMENT

CAUSE OF INJURY: _crush injury at work_

TREATMENT PLAN & MEDICATION
   _PT if able_
   _Hydrocodone_

DIAGNOSIS/ICD-9: _low back pain + right leg pain & numbness_

DRUG & ALCOHOL SCREENING DONE     ( ) NO     ( ) YES     DATE COMPLETED: ____
REFERRAL MADE? ( ) NO   ( ) YES
                                        DR. ____
MAXIMUM MEDICAL IMPROVEMENT REACHED?     ( ) NO     ( ) YES   PPD RATING (IF APPLICABLE): ____
MAY RETURN TO WORK WITH NO RESTRICTIONS:  ( ) NO   (☒) YES  DATE: _11/17/10_
UNABLE TO WORK:               FROM: _____ THROUGH: _____
MAY RETURN TO WORK WITH RESTRICTIONS;  FROM: _____ THROUGH: _____
ESTIMATED DATE OF FULL RELEASE TO WORK: _____

### RESTRICTIONS (IF APPLICABLE)

| PATIENT CAN: | | NONE | 1-2 HRS | 2-4 HRS | 4-6 HRS | 6-8 HRS |
|---|---|---|---|---|---|---|
| Lift & carry up to: | lbs | | | | | |
| Push/pull | | | | | | |
| Bend/twist | | | | | | |
| Climb | | | | | | |
| Reach above shoulder | | | | | | |
| Sit | | | | | | |
| Squat/Kneel | | | | | | |
| Use of hands dexterously | | | | | | |
| Other restrictions | | | | | | |

FOLLOW-UP APPOINTMENT WITH DR. _____ ON _____
PHYSICIAN SIGNATURE _____ LICENSE #: _____ DATE: _11/17/10_
427043 - 12/07
                    MEDICAL RECORD COPY

Family Practice Prog

CHRISTIANSEN, DANIEL J - 1677579

* Final Report *

Result Type:Family Practice Prog
Result Date:November 17, 2010 12:00 AM
Result Status:Auth (Verified)
Performed By:Benson, David C on November 17, 2010 12:00 AM
Verified By:Benson, David C on November 19, 2010 11:13 AM
Encounter Info:19029028/PR60031, Park Rapids, Clinical, 11/17/2010 - 11/20/2010

## * Final Report *

DOB: 08.13.1966
DOS: 11.17.2010

S:   He is a 44-year-old who comes in today to recheck his back pain. It has been giving him a lot of pain.
He has been working with no restrictions. He is having a lot of muscle spasm and discomfort in the
paraspinal muscles, left side worse than right. Having a lot of numbness down the right leg. Tightness
in his calf and hamstring. He is having numbness in that leg also. Not a lot of symptoms on the left leg.
He did have the crush injury back in September but just has not been improving as expected.

O:   Blood pressure 124/96. Weight 191 pounds. Ambulation: Does walk with a limp when bearing weight
on the right side. Straight leg raise was unremarkable. Did not reproduce his symptoms. Just
subjectively had numbness in his calf and posterior upper leg with some discomfort and a knot behind
the knee. He did have muscle spasm in both sides of his lumbar spine. Worse on the left side with
quite a bit of discomfort with palpation.

A/P:  Chronic lumbar pain with right leg pain and numbness. We will see if we can get him approved for
some physical therapy. If this does not help, I would recommend doing an MRI. I did give him #100 of
his hydrocodone. He has had no choice and has been having to work without restrictions. We will
continue with this.

Signature Line
[Electronically Signed On: 11/19/10 11:13 am]

_____
Benson, David C, MD

D: 11/17/10     T: 11/19/10

DCB/LB

Family Practice Prog

CHRISTIANSEN, DANIEL J - 1677579

\* Final Report \*

Result Type:Family Practice Prog
Result Date:November 17, 2010 12:00 AM
Result Status:Auth (Verified)
Performed By:Benson, David C on November 17, 2010 12:00 AM
Verified By:Benson, David C on November 19, 2010 11:13 AM
Encounter info:19029028/PR60031, Park Rapids, Clinical, 11/17/2010 - 11/20/2010

**Completed Action List:**
\* Perform by Benson, David C on November 17, 2010 12:00 AM  From Prsnl Beldo, Lori
\* Transcribe by Beldo, Lori on November 19, 2010 9:24 AM
\* Transcribe by Beldo, Lori on November 19, 2010 9:28 AM
\* Sign by Benson, David C on November 19, 2010 11:13 AM  Requested by Beldo, Lori on
November 19, 2010 11:13 AM
\* VERIFY by Benson, David C on November 19, 2010 11:13 AM



# Innovis Health

## INNOVIS HEALTH WORK INJURY REPORT

**EMPLOYEE TO COMPLETE**

| | |
|---|---|
| | CLINIC MEDICAL RECORD NUMBER: _____ |
| EMPLOYEE NAME: _____ | SSN: _____ |
| EMPLOYEE DOB: _____ | JOB DESC: _____ |
| EMPLOYEE ADDRESS: _____ | INJURY: _____ |
| | DATE & TIME OF INJURY: _____ |
| EMPLOYEE PHONE: _____ | CLAIM #: _____ |
| EMPLOYER: _____ | PAYER: _____ |
| EMPLOYER CONTACT: _____ | PHONE: _____ FAX: _____ |

### AUTHORIZATION TO RELEASE INFORMATION

I HEREBY AUTHORIZE MY MEDICAL PROVIDER TO RELEASE TO MY EMPLOYER OR EMPLOYER REPRESENTATIVE ANY AND/OR ALL MEDICAL RECORDS.

PATIENT SIGNATURE: _____  DATE: _____

**PHYSICIAN TO COMPLETE**

PHYSICIAN: _____  CLINIC SITE: _____

DATE TREATED: _____  ( ) INITIAL   ( ) FOLLOW-UP APPOINTMENT

CAUSE OF INJURY: _____

TREATMENT PLAN & MEDICATION

DIAGNOSIS/ICD-9:

DRUG & ALCOHOL SCREENING DONE   ( ) NO   ( ) YES   DATE COMPLETED: _____
REFERRAL MADE?   ( ) NO   ( ) YES

DR. _____

MAXIMUM MEDICAL IMPROVEMENT REACHED?   ( ) NO   ( ) YES  PPD RATING (IF APPLICABLE): _____
MAY RETURN TO WORK WITH NO RESTRICTIONS:   ( ) NO   ( ) YES  DATE: _____
UNABLE TO WORK:   FROM: _____  THROUGH: _____
MAY RETURN TO WORK WITH RESTRICTIONS:   FROM: _____  THROUGH: _____
ESTIMATED DATE OF FULL RELEASE TO WORK: _____

### RESTRICTIONS (IF APPLICABLE)

| PATIENT CAN: | NONE | 1-2 HRS | 2-4 HRS | 4-6 HRS | 6-8 HRS |
|---|---|---|---|---|---|
| Lift & carry up to: _____ lbs | | | | | |
| Push/pull | | | | | |
| Bend/twist | | | | | |
| Climb | | | | | |
| Reach above shoulder | | | | | |
| Sit | | | | | |
| Squat/Kneel | | | | | |
| Use of hands dexterously | | | | | |
| Other restrictions | | | | | |

FOLLOW-UP APPOINTMENT WITH DR. _____ ON _____
PHYSICIAN SIGNATURE _____  LICENSE #: _____  DATE: _____

427043 - 12/07

EMPLOYEE COPY

Family Practice Prog

0 18000 26162010

CHRISTIANSEN, DANIEL J - 1677579

* Final Report *

| | |
|---|---|
| Result Type: | Family Practice Prog |
| Result Date: | September 29, 2010 12:00 AM |
| Result Status: | Auth (Verified) |
| Performed By: | Benson, David C on September 29, 2010 12:00 AM |
| Verified By: | Benson, David C on October 01, 2010 10:57 AM |
| Encounter info: | 18863638/PR60031, Park Rapids, Clinical, 09/29/2010 - 10/02/2010 |

## * Final Report *

DOB: 08.13.1966
DOS: 09.29.2010

S:  He is a 44-year-old who comes in today to check his back and leg pain. He states that his left leg is much better. Right leg posterior just above the knee is still swollen and painful. Overall is better. Has not had to take as much Vicodin. His back however down in the sacral area has been bothering him more. Sometimes radiating up a little bit higher. Was wondering about seeing a chiropractor. He returned to work with no restrictions on the 13th. He would like an x-ray of his back if possible.

O:  Blood pressure 120/66. Weight 198 pounds. He does walk with a limp when bearing weight on the right side. His leg does have some resolving bruising and swelling but overall is better. He does have some discomfort with palpation of his paraspinal muscles and spinous process over the lumbar spine extending down in to the sacrum but otherwise no other deformity was identified. X-ray did not reveal any definite bony abnormality. Await Radiology interpretation.

A/P:  Back pain and leg pain from crush injury. Told him that it is just going to take him time for this to improve. He may elect to see a chiropractor. I did give him 40 more Vicodin but eventually he should not need these any more. Continue to work without restrictions.

Signature Line
[Electronically Signed On: 10/01/10 10:57 am]

_____

Benson, David C, MD

D: 09/29/10    T: 10/01/10

DCB/LB

Family Practice Prog                    CHRISTIANSEN, DANIEL J - 1677579

* Final Report *

Result Type:Family Practice Prog
Result Date:September 29, 2010 12:00 AM
Result Status:Auth (Verified)
Performed By:Benson, David C on September 29, 2010 12:00 AM
Verified By:Benson, David C on October 01, 2010 10:57 AM
Encounter Info:18863638/PR60031, Park Rapids, Clinical, 09/29/2010 - 10/02/2010


* Perform by Benson, David C on September 29, 2010 12:00 AM  Proxy Prsnl Beldo, Lori
* Transcribe by Beldo, Lori on October 01, 2010 9:36 AM
* Sign by Benson, David C on October 01, 2010 10:57 AM  Requested by Beldo, Lori on
October 01, 2010 10:57 AM
* VERIFY by Benson, David C on October 01, 2010 10:57 AM



Family Practice Prog

CHRISTIANSEN, DANIEL J - 1677579

* Final Report *

Result Type:Family Practice Prog
Result Date:September 10, 2010 12:00 AM
Result Status:Auth (Verified)
Performed By:Benson, David C on September 10, 2010 12:00 AM
Verified By:Benson, David C on September 15, 2010 8:06 AM
Encounter info:18806589/PR60031, Park Rapids, Clinical, 09/10/2010 - 09/13/2010

## * Final Report *

DOB:   08.13.1966
DOS:   09.10.2010

S:    He is a 44-year-old who comes in today for a followup on a crush injury. He works on a farm.  On the 7th, he had a forklift carrying 2000 pound beams crush him between that and a semi. Both legs. Right side worse than left.  He went to the emergency room. X-rays were obtained. No fractures were identified. He has been treated with Flexeril and Vicodin which does help.  He has been trying to do some stretching exercises. Did ice for the first day.  Once the pain there improved, he noticed that he had some bruising and discomfort on the tailbone area.

O:    Weight 197 pounds.  Pulse 84. Blood pressure 120/68.  The patient is quite stiff. He has a large hematoma on both sides of the legs. Right side worse than left.  He has a cut with a crease. No signs of any infection on either side. He did get a tetanus shot in the hospital ER.  He has some contusions with some minor soft tissue swelling over the sacral area. Otherwise no other deformity was identified.

A/P:   Crush injury. We will see if he can go back to work on the 13th. If he is still having problems at that time, he was instructed to let me know. Continue with the muscle relaxant and pain medications as needed.

**Signature Line**
[Electronically Signed on <sign date> 09/15/10 08:06 am

Benson, David C, MD

d:09/10/10  t:09/14/10

DCB/LB

Printed by:    Christiansen, Ashley
Printed on:    10/25/2011 2:04 PM

Family Practice Prog                    CHRISTIANSEN, DANIEL J - 1677579

* Final Report *

Result Type:Family Practice Prog
Result Date:September 10, 2010 12:00 AM
Result Status:Auth (Verified)
Performed By:Benson, David C on September 10, 2010 12:00 AM
Verified By:Benson, David C on September 15, 2010 8:06 AM
Encounter info:18806589/PR60031, Park Rapids, Clinical, 09/10/2010 - 09/13/2010

**Completed Action List:**
* Perform by Benson, David C on September 10, 2010 12:00 AM   Proxy Prsnl Beldo, Lori
* Transcribe by Beldo, Lori on September 14, 2010 2:05 PM
* Sign by Benson, David C on September 15, 2010 8:06 AM  Requested by Beldo, Lori on
September 15, 2010 8:06 AM
* VERIFY by Benson, David C on September 15, 2010 8:06 AM



STATE OF MINNESOTA )
                   ) SS.          **AFFIDAVIT OF SERVICE**
COUNTY OF WADENA  )               **VIA FAX, E-MAIL & U.S. MAIL**


ADAM J. LICARI, of the City of Wadena, County of Wadena, State of Minnesota,

being duly sworn, says that on July 1, 2014, via Fax, E-mail and by U.S. Mail, he served

the following:

- **Plaintiff's Expert Witness Disclosure & Report of David C. Benson M.D.**

on the following named attorney:

**John C. Hughes**
**Meagher & Geer**
**33 S. Sixth Street**
**Suite 4400**
**Minneapolis, MN   55402**


by faxing, emailing and mailing to said attorney copies thereof, enclosed in an envelope,

postage prepaid, by depositing the same in the Post Office in Wadena, Minnesota directed

to said attorney at his last known address.


_____
Adam J. Licari

Subscribed and sworn to before
me this 1st day of July, 2014.

_____
Notary Public

CYNTHIA G WARMBOLD
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2017